195 So.2d 148

**Clyton R. DUCOTE, Jr.**

v.

**The CITY OF NEW ORLEANS.**

**No. 48575.**

Feb. 24, 1967.

In re: the City of New Orleans applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 193 So.2d 349.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

■

195 So.2d 148

**STATE of Louisiana ex rel. James R. PERTUIT and Yola A. Pertuit**

v.

**PIONEER PETROLEUM CORPORATION, Diane C. Hill, James R. Mary and John Doe.**

**No. 48582.**

Feb. 24, 1967.

In re: James R. Mary, Pioneer Petroleum Corporation, Diane C. Hill and John

Doe applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 193 So.2d 286.

Writ refused. The judgment is not final.